**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Levi Nivison,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>　　　　　　Defendant. | No. CV-21-00185-TUC-JGZ<br><br>**ORDER** |

　　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Leslie A. Bowman. (Doc 28.) Magistrate Judge Bowman recommends reversing the final decision of the Commissioner of the Social Security Administration, and remanding the case for further proceedings. (*Id.*)

　　　　A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　　　Upon review of the record, the Court will adopt Magistrate Judge Bowman's recommendations. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Thomas v. Arn*, 474 U.S. 140, 149–54 (1985).

　　　　Accordingly,

　　　　**IT IS ORDERED**:

　　　　　　1. The Report and Recommendation (Doc. 28) is **ADOPTED**.

　　　　　　2. The Commissioner's Final Decision is **REVERSED**

3. This case is **REMANDED** to the Social Security Commissioner. On remand, the Appeals Council shall remand this matter to the ALJ. The ALJ shall take any action necessary for resolution of this matter, including conducting any necessary hearings and taking any new evidence. After any necessary proceedings, the ALJ shall issue a new decision consistent with the Report and Recommendation.

4. The Clerk of Court shall enter judgment accordingly, and close its file in this action.

Dated this 10th day of August, 2022.

_____
Honorable Jennifer G. Zipps
United States District Judge